IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| J & J SPORTS PRODUCTIONS, INC., | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | No. 13-6470 |
| CHARLES WEINER, et al., | : | |
| Defendants. | : | |

## O R D E R

**AND NOW,** this  20th  day of March 2014, upon consideration of Defendant, Charles Weiner, and Defendant, 3348 Germantown Ave.'s, individually filed "Requests for Relief from Default Judgment under Federal Rule of Civil Procedure 60 Seeking Opening of Judgment Permitting Defendants to File a Response to Plaintiffs Complaint," (Doc. Nos. 6 & 7) and, Plaintiff J & J Sports Productions Inc.'s Response in Opposition, it is hereby **ORDERED** that Defendants' Requests are **DENIED**.

BY THE COURT:

 /s/ Robert F. Kelly
ROBERT  F. KELLY
SENIOR  JUDGE